# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                              Civil Action No. 4:13-cv-00027-JD-PRC

JOHN DOE, subscriber assigned IP address 98.226.144.247,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Defendant John Doe was assigned the IP Address 98.226.144.247. Upon satisfaction of the terms of the parties' settlement agreement, Plaintiff will dismiss Defendant from the action with prejudice.

Dated: July 24, 2013

                                            Respectfully submitted,

                                            By: /s/ *Paul J. Nicoletti*
                                            Paul J. Nicoletti
                                            paul@nicoletti-associates.com
                                            Law Office of Nicoletti & Associates, PLLC
                                            36880 Woodward Avenue, Suite 100
                                            Bloomfield Hills, MI 48304
                                            Phone: 248-203-7800
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti