UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 13-cv-00027-JD-JEM |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 98.226.144.247, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO CONTINUE SHOW CAUSE HEARING
SCHEDULED FOR AUGUST 15, 2013 AT 1:30 PM**

Plaintiff, Malibu Media, LLC, moves for entry of an order continuing the Show Cause Hearing currently set for August 15, 2013 at 1:30 pm, and states:

1. On July 30, 2013, this Court entered a Show Cause order setting a hearing for August 15, 2013 at 1:30 pm before the Magistrate John E. Martin at 5400 Federal Plaza, Hammond, IN [CM/ECF 12].

2. Undersigned is currently scheduled to appear at a previously scheduled case evaluation hearing at 11:40 am in an unrelated matter in Oakland County Circuit Court, Michigan.

3. Further, undersigned is scheduled to appear at two previously scheduled telephonic status conferences in the District Courts of Southern and Northern Indiana. *See Malibu Media, LLC v. John Doe*, Case No. 1:13-cv-00123-RLM-RBC, and *Malibu Media, LLC v. McSweeney, et al.*; Case No. 1:12-cv-00842-TWP-MJD.

1

4.     As undersigned will be unable to attend the Show Cause hearing on the currently scheduled date and time, Plaintiff respectfully requests that this Court move the hearing to a different date, as the Court's schedule may permit.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order continuing the August 15, 2013 show cause hearing to a later date, as the Court's schedule may permit. A proposed order is attached for the Court's convenience.

Dated: July 31, 2013

NICOLETTI & ASSOCIATES, PLLC

By:  /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Paul J. Nicoletti*