| District | Case No. | Judge | Restrictions on Communication? | Internal |
|---|---|---|---|---|
| Northen Indiana | 1:13-cv-00030-PPS-RBC | Simon/Cosbey | No Restrictions | NIN6 |
| Northen Indiana | 2:13-cv-00055-JVB-JEM | Bokkelen/Martin | Restrictions | NIN7 |
| Northen Indiana | 3:13-cv-00072-JVB-CAN | Bokkelen/Nuechterlein | No Restrictions | NIN8 |
| Northern Indiana (Fort Wayne) | 1:13-cv-00071-RLM-RBC | Miller/Cosbey | No Restrictions | NIN9 |
| Northern Indiana (South Bend) | 3:13-cv-00071-JD-CAN | DeGuilio/Nuechterlein | No Restrictions | NIN9 |
| Northern Indiana | 2:13-cv-00085-JVB-PRC | Bokkelen/Martin | Restrictions | NIN15 |
| Northern Indiana | 2:13-cv-00089-JVB-APR | Bokkelen/Martin | Restrictions | NIN16 |
| Northen Indiana | 3:13-cv-00203-PPS-CAN | Simon/Nuechterlein | Not Restrictions | NIN17 |
| Northen Indiana | 2:13-cv-00099-RLM-JEM | Miller/Martin | Restrictions | NIN21 |
| Northen Indiana | 2:13-cv-00097-JD-JEM | DeGuilio/Martin | Restrictions | NIN22 |
| Northen Indiana | 3:13-cv-00334-JD-CAN | DeGuilio/Nuechterlein | No Restrictions | NIN23 |
| Northen Indiana | 3:13-cv-00332-PPS-CAN | Simon/Nuechterlein | No Restrictions | NIN24 |
| Northern Indiana | 3:13-cv-00329-PPS-CAN | Simon/Nuechterlein | No Restrictions | NIN25 |
| Northen Indiana | 1:13-cv-00122-JVB-RBC | Bokkelen/Cosbey | No Restrictions (Protective Order) | NIN26 |
| Northen Indiana | 3:13-cv-00204-JTM-CAN | Moody/Nuechterlein | No Restrictions | NIN28 |
| Northern Indiana | 1:13-cv-00123-RLM-RBC | Miller/Cosbey | No Restrictions (Protective Order) | NIN29 |
| Northen Indiana | 1:13-cv-00124-JD-RBC | DeGuilio/Cosbey | No Restrictions (Protective Order) | NIN30 |
| Northern Indiana | 3:13-cv-00328-RLM-JEM | Miller/Martin | Restrictions | NIN32 |
| Northern Indiana | 2:13-cv-00135-RLM-JEM | Miller/Martin | Restrictions/Answered | NIN33 |
| Northen Indiana | 2:13-cv-00136-RLM-JEM | Miller/Martin | Restrictions | NIN34 |
| Northern Indiana | 4:13-cv-00026-TLS-JEM | Springman/Martin | Restrictions | NIN35 |
| Northen Indiana | 4:13-cv-00027-JD-JEM | DeGuilio/Martin | Restrictions | NIN36 |
| Northen Indiana | 1:12-cv-00263-PPS-RBC | | | |
| | | | | |
| Southern Indiana | 1:12-cv-00841-SEB-MJD | Barker/Dinsmore | Restrictions | SIN1 |
| Southern Indiana | 1:12-cv-00842-TWP-MJD | Pratt/Dinsmore | Restrictions | SIN2 |
| Southern Indiana | 1:12-cv-00844-TWP-MJD | Pratt/Dinsmore | Restrictions | SIN3 |
| Southern Indiana | 1:12-cv-00845-TWP-MJD | Pratt/Dinsmore | Restrictions | SIN4 |
| Southern Indiana | 1:12-cv-00840-RLY-MJD | Young/Dinsmore | Restrictions | SIN5 |
| Southern Indiana | 1:12-cv-01115-TWP-MJD | Pratt/Dinsmore | Restrictions | SIN6 |
| Southern Indiana | 1:12-cv-01117-WTL-MJD | Lawrence/Dinsmore | Restrictions | SIN7 |

# EXHIBIT A

| District | Case No. | Judge | Restrictions on Communication? | Internal |
|---|---|---|---|---|
| Southern Indiana | 1:12-cv-01135-WTL-MJD | Lawrence/Dinsmore | Restrictions | SIN8 |
| Southern Indiana | 1:12-cv-01116-RLY-MJD | Young/Dinsmore | Restrictions | SIN9 |
| Southern Indiana | 1:12-cv-01136-SEB-MJD | Barker/Dinsmore | Restrictions | SIN10 |
| Southern Indiana | 1:12-cv-01677-WTL-MJD | Lawrence/Dinsmore | Restrictions | SIN11 |
| Southern Indiana | 1:12-cv-01748-SEB-MJD | Barker/Dinsmore | Restrictions | SIN11 |
| Southern Indiana | 1:12-cv-01680-SEB-MJD | Barker/Dinsmore | Restrictions | SIN12 |
| Southern Indiana | 1:12-cv-01732-RLY-MJD | Young/Dinsmore | Restrictions | SIN13 |
| Southern Indiana | 1:12-cv-01730-TWP-MJD | Pratt/Dinsmore | Restrictions | SIN14 |
| Southern Indiana | 1:12-cv-01731-SEB-MJD | Barker/Dinsmore | Restrictions | SIN15 |
| Southern Indiana | 1:13-cv-00202-SEB-MJD | Barker/Dinsmore | Restrictions | SIN17 |
| Southern Indiana | 1:13-cv-00205-WTL-MJD | Lawrence/Dinsmore | Restrictions | SIN20 |
| Southern Indiana | 1:13-cv-00392-RLY-MJD | Young/Dinsmore | Restrictions | SIN22 |
| Southern Indiana | 1:13-cv-00394-SEB-MJD | Barker/Dinsmore | Restrictions | SIN23 |
| Southern Indiana | 1:13-cv-00389-SEB-MJD | Barker/Dinsmore | Restrictions | SIN24 |
| Southern Indiana | 1:13-cv-00391-RLY-MJD | Young/Dinsmore | Restrictions | SIN26 |
| Southern Indiana | 1:13-cv-00665-WTL-MJD | Lawrence/Dinsmore | Restrictions | SIN29 |
| Southern Indiana | 1:13-cv-00666-TWP-MJD | Pratt/Dinsmore | Restrictions | SIN30 |
| Southern Indiana | 1:13-cv-00667-SEB-MJD | Barker/Dinsmore | Restrictions | SIN31 |
| Southern Indiana | 1:13-cv-00668-JMS-MJD | Stinson/Dinsmore | Restrictions | SIN32 |
| Southern Indiana | 1:13-cv-00669-WTL-MJD | Lawrence/Dinsmore | Restrictions | SIN33 |
| Southern Indiana | 1:13-cv-00671-JMS-MJD | Stinson/Dinsmore | Restrictions | SIN35 |
| Southern Indiana | 1:13-cv-00672-JMS-MJD | Stinson/Dinsmore | Restrictions | SIN36 |
| Southern Indiana | 1:13-cv-00674-LJM-MJD | McKinney/Dinsmore | Restrictions | SIN38 |
| Southern Indiana | 1:13-cv-00675-TWP-MJD | Pratt/Dinsmore | Restrictions | SIN39 |