From: **John Doe**
Date: Tuesday, July 2, 2013
Subject: Settlement Contact for Case No. 13_cv_00027_JD_JEM, John Doe 98.226.144.247
To: paul@nicoletti-associates.com

Mr. Nicoletti,

The John Doe in case number 4:13_cv_00027_JD_JEM identified by IP address 98.226.144.247 wishes to negotiate a settlement for this case filed in the Northern District of Indiana. Please respond by email to this address so that we may pursue an early settlement in this case.
Thank you,

John Doe, IP Address 98.226.144.247

**EXHIBIT B**