**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
214 CHARLES HALLECK FEDERAL BUILDING
P.O. BOX 1498
LAFAYETTE, INDIANA 47902

OFFICIAL BUSINESS

FILED
'13 AUG 26 AM 10:22
U.S. DISTRICT
CLERK NORTHERN
DISTRICT OF INDIANA

neopost
08/16/2013
US POSTAGE $00.46
FIRST-CLASS MAIL
ZIP 47902
041L11212185

JOHN DOE
8000 MOUNTAIN WAY
GOLDEN, CO 80502

NIXIE     802     5E   1    0009      08/21/13

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 47902149898        *2792-02795-24-35*