**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                         Civil Action No. 4:13-cv-00027-JD-JEM

JOHN DOE, subscriber assigned IP address 98.226.144.247,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 98.226.144.247. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 4, 2013

                                                  Respectfully submitted,

                                                  By:    /s/ *Paul J. Nicoletti*
                                                  Paul J. Nicoletti
                                                  paul@nicoletti-associates.com
                                                  Law Office of Nicoletti & Associates, PLLC
                                                  36880 Woodward Avenue, Suite 100
                                                  Bloomfield Hills, MI 48304
                                                  Phone: 248-203-7800
                                                  *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system and by email to Defendant, johndoe722013@gmail.com.

                                                     By:  /s/ *Paul J. Nicoletti*
                                                     Paul J. Nicoletti